**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DEMETRIUS FLOWERS                                                    PLAINTIFF

V.                                    NO: 3:12CV00081 JMM/HDY

TROXEL ROGER *et al.*                                              DEFENDANTS

### <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this ___10___ day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE