IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMETRIUS FLOWERS                                                                                            PLAINTIFF

V.                                        NO: 3:12CV00081 JMM/HDY

TROXEL ROGER *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __10__ day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE